**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gray Matter Holdings Inc** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4603226** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1999 Poland Avenue** <br> **Youngstown, OH 44502** <br> Number, Street, City, State & ZIP Code | **1999 Poland Avenue** <br> **Youngstown, OH 44502** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Mahoning** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | |
| District | When |

| | |
|---|---|
| Relationship | |
| Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2023**
                         MM / DD / YYYY

**X** **/s/ Anthony James Davian Sr.**                   **Anthony James Davian Sr.**
_____           _____
Signature of authorized representative of debtor        Printed name

Title   **President and CEO**
         _____

**18. Signature of attorney**

**X** **/s/ Thomas W. Coffey**                   Date **December 21, 2023**
_____                 MM / DD / YYYY
Signature of attorney for debtor

**Thomas W. Coffey 0046877**
_____
Printed name

**Coffey Law LLC**
_____
Firm name

**2430 Tremont Avenue, Front**
**Cleveland, OH 44113-4635**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(216) 870-8866**        Email address   **tcoffey@tcoffeylaw.com**

**0046877 OH**
_____
Bar number and State

23-41366-tnap    Doc 1    FILED 12/21/23    ENTERED 12/21/23 13:22:03    Page 5 of 25

# GRAY MATTER HOLDINGS INC.

## ACTIONS BY UNANIMOUS WITTEN CONSENT OF DIRECTORS

The undersigned, being all of the Directors of Gray Matter Holdings Inc., a Wyoming Corporation (the "Corporation"), hereby consent in writing to the adoption of the following actions and resolutions:

RESOLVED, that the Corporation will seek relief from its financial difficulties by filing a Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Ohio; and

RESOLVED, that the Petition, Schedules, and Related Documents prepared for the Corporation by Coffey Law LLC are hereby adopted and approved in their entirety; and

RESOLVED, that Anthony Davian, as President and CEO, as well as a Director of the Corporation, is authorized to execute on behalf of the Corporation, the Petition, Schedules, and Related Documents prepared for the Corporation by Coffey Law LLC; and

RESOLVED, that the foregoing actions and any actions taken by the undersigned Directors in connection with pursuing bankruptcy relief prior to the date hereof be and hereby are authorized, approved, and ratified by the Corporation; and

RESOLVED, that these Actions and Resolutions may be executed in multiple original, facsimile or electronic counterparts, all of which, when taken together, shall constitute an original.

IN WITNESS WHEREOF, the undersigned Directors have signed these actions and resolutions effective as of this 20th day of December, 2023.

_____
Anthony Davian, Director


_____
Matthew Kluger, Director

# GRAY MATTER HOLDINGS INC.

## ACTIONS BY UNANIMOUS WITTEN CONSENT OF DIRECTORS

The undersigned, being all of the Directors of Gray Matter Holdings Inc., a Wyoming Corporation (the "Corporation"), hereby consent in writing to the adoption of the following actions and resolutions:

RESOLVED, that the Corporation will seek relief from its financial difficulties by filing a Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Ohio; and

RESOLVED, that the Petition, Schedules, and Related Documents prepared for the Corporation by Coffey Law LLC are hereby adopted and approved in their entirety; and

RESOLVED, that Anthony Davian, as President and CEO, as well as a Director of the Corporation, is authorized to execute on behalf of the Corporation, the Petition, Schedules, and Related Documents prepared for the Corporation by Coffey Law LLC; and

RESOLVED, that the foregoing actions and any actions taken by the undersigned Directors in connection with pursuing bankruptcy relief prior to the date hereof be and hereby are authorized, approved, and ratified by the Corporation; and

RESOLVED, that these Actions and Resolutions may be executed in multiple original, facsimile or electronic counterparts, all of which, when taken together, shall constitute an original.

IN WITNESS WHEREOF, the undersigned Directors have signed these actions and resolutions effective as of this 20th day of December, 2023.

_____
Anthony Davian, Director

_____
Matthew Kluger, Director

Debtor name  **Gray Matter Holdings Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 21, 2023**          X **/s/ Anthony James Davian Sr.**
                                             Signature of individual signing on behalf of debtor

                                             **Anthony James Davian Sr.**
                                             Printed name

                                             **President and CEO**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Gray Matter Holdings Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AFCO** <br> **4501 College Blvd. #320** <br> **Leawood, KS 66211** | | **Insurance** | | | | **$6,438.00** |
| **American Express** <br> **PO Box 6031** <br> **Carol Stream, IL 60197** | | **Gold Credit Card** | | | | **$160,891.00** |
| **American Express** <br> **PO Box 6031** <br> **Carol Stream, IL 60197** | | **Platinum Credit Card** | | | | **$62,000.00** |
| **AT&T** <br> **PO Box 5019** <br> **Carol Stream, IL 60197** | | **Utility Charges** | | | | **$3,220.00** |
| **Bell's Electric** <br> **5248 Ridge Road** <br> **Wadsworth, OH 44281** | | **Professional Services** | | | | **$11,600.00** |
| **BIS** <br> **7777 First Place** <br> **Bedford, OH 44146** | | **Professional Services** | | | | **$2,201.00** |
| **City of Washington DC** <br> **1101 4th Street SW W270** <br> **Washington, DC 20024** | | **Tax** | **Disputed** | | | **$74.37** |
| **David Handel** <br> **2907 Dumbarton Street NW** <br> **Washington, DC 20007** | | **Inventory, Chattle Paper, Accounts, Equipment, General Intangibles, Fixtures** | **Contingent Unliquidated Disputed** | **$9,899,987.82** | **Unknown** | **Unknown** |
| **ETA Pie** <br> **591 Lansing Road** <br> **Lansing, NY 14882** | | **Professional Services** | | | | **$75,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Energy 76 South Main Street Akron, OH 44308 | | Electric Utility | | | | $131,130.00 |
| Frantz Ward LLP 200 Public Square #3000 Cleveland, OH 44114 | | Legal Fees | | | | $50,000.00 |
| NRG P.O. Box 70220 Philadelphia, PA 19176 | | Electric Utility | Disputed | | | $489,602.00 |
| Ohio Bureau of Workers Compensation 13350 Dublin Columbus, OH 43215 | | Workers Compensation Insurance | Disputed | | | $18,801.76 |
| OSHA 6393 Oak Tree Blvd., Suite 203 Independence, OH 44131 | | Fines Imposed by Govt. Agency | Disputed | | | $16,180.00 |
| Pavilns 12555 York Delta Road North Royalton, OH 44133 | | Landscaping Services | | | | $1,040.00 |
| Quad Three Group, Inc. 37 North Washington Street Wilkes Barre, PA 18701 | | Professional Services | | | | $13,110.10 |
| Red Barn 1999 Poland Avenue Youngstown, OH 44502 | | Lease | | $1,680,000.00 | | |
| Rumpke 819 Island Road Circleville, OH 43113 | | Utility Charges | | | | $597.00 |
| Spectrum Enterprise PO Box 233085 Pittsburgh, PA 15251 | | Utility Charges | | | | $2,440.00 |
| U.S. Internal Revenue Service 1973 Rubin White Blvd Ogden, UT 84201 | | Disputed Federal Tax Liability | Disputed | | | $31,461.10 |

Fill in this information to identify the case:

Debtor name **Gray Matter Holdings Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ _____**0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ _____**0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $ _____**0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____**9,899,987.82**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____**31,535.47**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____**2,724,250.86**

4. Total liabilities ........................................................................................
   Lines 2 + 3a + 3b

   $ _____**12,655,774.15**

Debtor name **Gray Matter Holdings Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| | | Do not deduct the value of collateral. | |

**2.1** | **David Handel**

Creditor's Name

**2907 Dumbarton Street NW**
**Washington, DC 20007**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inventory, Chattle Paper, Accounts, Equipment, General Intangibles, Fixtures**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$9,899,987.82**
Column B: **Unknown**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$9,899,987.82**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher W. Peer**<br>**Wickens Herzer Panza**<br>**35765 Chester Road**<br>**Avon, OH 44011-1262** | Line **2.1** | |

Debtor   **Gray Matter Holdings Inc**          Case number (if known) _____
                      Name

**Michael R. Nakon**
**Wickens Herzer Panza**            Line   **2.1**
**35765 Chester Road**
**Avon, OH 44011-1262**

Debtor name    **Gray Matter Holdings Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74.37** | **$74.37** |
|---|---|---|---|---|

**City of Washington DC**
**1101 4th Street SW W270**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,461.10** | **$31,461.10** |
|---|---|---|---|---|

**U.S. Internal Revenue Service**
**1973 Rubin White Blvd**
**Ogden, UT 84201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Disputed Federal Tax Liability**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,438.00 |
|---|---|---|---|

**AFCO**
**4501 College Blvd. #320**
**Leawood, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,891.00 |
|---|---|---|---|

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gold Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Platinum Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,220.00 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Charges__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,600.00 |
|---|---|---|---|

**Bell's Electric**
**5248 Ridge Road**
**Wadsworth, OH 44281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,201.00 |
|---|---|---|---|

**BIS**
**7777 First Place**
**Bedford, OH 44146**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**ETA Pie**
**591 Lansing Road**
**Lansing, NY 14882**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,130.00 |
|---|---|---|---|

**First Energy**
**76 South Main Street**
**Akron, OH 44308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Electric Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Frantz Ward LLP**
**200 Public Square #3000**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489,602.00 |
|---|---|---|---|

**NRG**
**P.O. Box 70220**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Electric Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,801.76 |
|---|---|---|---|

**Ohio Bureau of Workers Compensation**
**13350 Dublin**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Workers Compensation Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,180.00 |
|---|---|---|---|

**OSHA**
**6393 Oak Tree Blvd., Suite 203**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fines Imposed by Govt. Agency**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |
|---|---|---|---|

**Pavilns**
**12555 York Delta Road**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landscaping Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,110.10 |
|---|---|---|---|

**Quad Three Group, Inc.**
**37 North Washington Street**
**Wilkes Barre, PA 18701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680,000.00 |
|---|---|---|---|

**Red Barn**
**1999 Poland Avenue**
**Youngstown, OH 44502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $597.00 |
|---|---|---|---|

**Rumpke**
**819 Island Road**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Charges**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,440.00 |
|---|---|---|---|

**Spectrum Enterprise**
**PO Box 233085**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Charges**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of United States** **U.S. Dept of Justice-Tax Division** **PO Box 55** **Ben Franklin Station** **Washington, DC 20044** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service-CLE** **Insolvency Group 6** **1240 East Ninth Street Room 493** **Cleveland, OH 44199** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |
| 4.3 | **Ohio Attorney General** **Collect Enforcemt Section-Bankruptc** **150 Gay Street Floor 21** **Columbus, OH 43215** | Line  **3.11**  ☐ Not listed. Explain ____ | _ |
| 4.4 | **State of Ohio Dept of Taxation** **4485 Northland Ridge Blvd** **Columbus, OH 43229** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S. Attorney General** **Main Justice Building** **10th and Constitution Avenue NW** **Washington, DC 20530** | Line  **2.2**  ☐ Not listed. Explain ____ | _ |

| Debtor | **Gray Matter Holdings Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **U.S. Attorney N.D. Ohio**<br>**Bankruptcy Section**<br>**801 W. Superior Avenue 400**<br>**Cleveland, OH 44113-1852** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |

---

<div style="background:black;color:white;display:inline-block;padding:2px 6px">Part 4:</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 31,535.47 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,724,250.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,755,786.33 |

Official Form 206 E/F

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anthony Davian** | **13545 Woodcroft Trace North Royalton, OH 44133** | **American Express** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Gray Matter Holdings Inc**                     Case No. _____

                                           Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony Davian, Trustee**<br>**13545 Woodcroft Trace**<br>**North Royalton, OH 44133** | **Common** | **51** | **Trustee for Minor Children** |
| **David Handel**<br>**3344 Volta Place NW**<br>**Washington, DC 20007** | **Common** | **49** | **Personal** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 21, 2023**                      Signature   **/s/ Anthony James Davian Sr.**

                                                                 **Anthony James Davian Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Ohio

In re __Gray Matter Holdings Inc_____  Case No. _____

                                    Debtor(s)       Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __December 21, 2023_____        /s/ Anthony James Davian Sr._____

                                            **Anthony James Davian Sr./President and CEO**
                                            Signer/Title

AFCO
4501 College Blvd. #320
Leawood, KS 66211


American Express
PO Box 6031
Carol Stream, IL 60197


Anthony Davian
13545 Woodcroft Trace
North Royalton, OH 44133


AT&T
PO Box 5019
Carol Stream, IL 60197


Attorney General of United States
U.S. Dept of Justice-Tax Division
PO Box 55
Ben Franklin Station
Washington, DC 20044


Bell's Electric
5248 Ridge Road
Wadsworth, OH 44281


BIS
7777 First Place
Bedford, OH 44146


Christopher W. Peer
Wickens Herzer Panza
35765 Chester Road
Avon, OH 44011-1262


City of Washington DC
1101 4th Street SW W270
Washington, DC 20024


David Handel
2907 Dumbarton Street NW
Washington, DC 20007

ETA Pie
591 Lansing Road
Lansing, NY 14882


First Energy
76 South Main Street
Akron, OH 44308


Frantz Ward LLP
200 Public Square #3000
Cleveland, OH 44114


Internal Revenue Service-CLE
Insolvency Group 6
1240 East Ninth Street Room 493
Cleveland, OH 44199


Michael R. Nakon
Wickens Herzer Panza
35765 Chester Road
Avon, OH 44011-1262


NRG
P.O. Box 70220
Philadelphia, PA 19176


Ohio Attorney General
Collect Enforcemt Section-Bankruptc
150 Gay Street Floor 21
Columbus, OH 43215


Ohio Bureau of Workers Compensation
13350 Dublin
Columbus, OH 43215


OSHA
6393 Oak Tree Blvd., Suite 203
Independence, OH 44131


Pavilns
12555 York Delta Road
North Royalton, OH 44133

Quad Three Group, Inc.
37 North Washington Street
Wilkes Barre, PA 18701


Red Barn
1999 Poland Avenue
Youngstown, OH 44502


Rumpke
819 Island Road
Circleville, OH 43113


Spectrum Enterprise
PO Box 233085
Pittsburgh, PA 15251


State of Ohio Dept of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43229


U.S. Attorney General
Main Justice Building
10th and Constitution Avenue NW
Washington, DC 20530


U.S. Attorney N.D. Ohio
Bankruptcy Section
801 W. Superior Avenue 400
Cleveland, OH 44113-1852


U.S. Internal Revenue Service
1973 Rubin White Blvd
Ogden, UT 84201

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Gray Matter Holdings Inc** _____

                        Debtor(s)

Case No. _____

Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gray Matter Holdings Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 21, 2023** _____

Date

**/s/ Thomas W. Coffey** _____

**Thomas W. Coffey 0046877**

Signature of Attorney or Litigant

Counsel for    **Gray Matter Holdings Inc** _____

**Coffey Law LLC**

**2430 Tremont Avenue, Front**
**Cleveland, OH 44113-4635**
**(216) 870-8866**
**tcoffey@tcoffeylaw.com**