IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Gray Matter Holdings Inc., | ) | Case No. 23-41366 |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Tiiara N.A. Patton |
| | ) | |

**DEBTOR'S EMERGENCY MOTION TO EXPEDITE HEARING ON MOTION FOR TRO [DOCKET NO. 4]**

Debtor Gray Matter Holdings respectfully requests the entry of an Order expediting the hearing on the Motion for TRO filed earlier today at Docket No. 4. Debtor respectfully represents that unless a TRO is issued as soon as possible, cessation of utility services may cause the Debtor's business to fail.

Respectfully submitted,

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com