# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-41366-(TNAP) |
| | ) | |
| **Gray Matter Holdings Inc,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Tiiara N. A. Patton |

### RESPONSE REGARDING ABSTENTION PURSUANT TO 11 U.S.C. § 305

On January 3, 2024, the Court held a hearing in the Gray Matter Holdings Inc. (the "Debtor") matter and invited the United States Trustee to file a response regarding whether the Court should abstain from ruling on the Debtor's motion seeking a temporary restraining order and the corresponding issues in this case pursuant to 11 U.S.C. § 305. In response to the Court's invitation, the United States Trustee states that he does not take a position on whether the Court should abstain from ruling in this case and defers to the discretion of the Court.

Should the Court determine that abstention by way of suspension of these proceedings is appropriate pursuant to 11 U.S.C. § 305(a)(1), the United States Trustee requests that the Court order the Debtor, Anthony Davian, and David Handel to file joint status reports every eight weeks or such other time the Court determines is appropriate for as long as any order suspending the proceedings with this Court remains in place.

Respectfully submitted,

ANNDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

By:     */s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7810
Email: lauren.schoenewald@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, a true and correct copy of the foregoing ***Response Regarding Abstention Pursuant to 11 U.S.C. § 305*** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Alexis Beachdell     abeachdell@bakerlaw.com
- Thomas W. Coffey     tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com
- Matthew W. Nakon     mnakon@wickenslaw.com, docket@wickenslaw.com
- Christopher W. Peer     cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
- Frederic P. Schwieg     fschwieg@schwieglaw.com, OH84@ecfcbis.com
- United States Trustee     (Registered address)@usdoj.gov
- Lauren Schoenewald ust47     lauren.schoenewald@usdoj.gov

By:     */s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7810
Fax: (216) 522-7193
Email: lauren.schoenewald@usdoj.gov